**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS UNITED,  )<br>1006 Pennsylvania Avenue, S.E.  )<br>Washington, DC 20003  )<br>  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT  )<br>OF STATE,  )<br>2201 C Street, N.W.  )<br>Washington, D.C. 20520  )<br>  )<br>          Defendant.  )<br>_____)  | Civil Action No. 14-cv-2076 |

**COMPLAINT**

Plaintiff Citizens United brings this action against Defendant the United States Department of State to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges the following:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

**PARTIES**

3. Plaintiff Citizens United is a Virginia non-stock corporation with its principal place of business in Washington, D.C. Citizens United is organized and operated as a non-profit membership organization that is exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code. Citizens United seeks to promote social welfare through informing and educating the public on conservative ideas and positions in issues, including

national defense, the free enterprise system, belief in God, and the family as the basic unit of society. In furtherance of those ends Citizens United produces and distributes documentary films on matters of public importance. Citizens United regularly requests access to the public records of federal government agencies, entities, and offices, to disseminate its findings to the public through its documentary films.

4. Defendant, the United States Department of State, is an agency of the United States Government and is headquartered at 2201 C Street N.W., Washington, D.C. 20520. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On July 15, 2014, Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit A (FOIA Request Letter). The request sought access to the full passenger manifests and mission expense records for the following Special Air Mission flights of former Secretary of State Hillary Clinton:

(a) Japan, Indonesia, South Korea, China, February 18-22, 2009;

(b) Egypt, Israel, The Palestinian Territories, Belgium, Switzerland, and Turkey, February 28 - March 8, 2009;

(c) Haiti, the Dominican Republic, Trinidad and Tobago, April 16-19, 2009;

(d) Iraq, Kuwait and Lebanon, April 23 - 26, 2009;

(e) El Salvador and Honduras, Egypt, May 31 - June 4, 2009;

(f) India and Thailand, July 17-23, 2009;

(g) Kenya, South Africa, Angola, the Democratic Republic of the Congo, Nigeria, Liberia, and Cape Verde, August 3-14, 2009;

(h) Switzerland, England, Ireland, Russia, Kazan, October 9-15, 2009;

(i) Pakistan, Morocco, Egypt, the Middle East, October 27-November 4, 2009;

(j) Germany, Singapore, Philippines, China, November 8-17, 2009;

(k) Qatar, Saudi Arabia, February 14 – 16, 2010;

(l) Uruguay, Argentina, Chile, Brazil, Costa Rica, Guatemala, February 28 – March 4, 2010;

(m) Estonia, April 21-23, 2010;

(n) China, South Korea, May 21-26, 2010;

(o) Peru, Ecuador, Colombia, Barbados, June 6-9, 2010;

(p) Ukraine, Poland, Azerbaijan, Armenia, Georgia, July 1-6, 2010;

(q) Pakistan, South Korea, Vietnam, Afghanistan, July 18-23, 2010;

(r) Egypt, Israel, The Palestinian Territories, Jordan, September 13-16, 2010;

(s) Bosnia and Herzegovina, Serbia, Kosovo, Brussels, October 11-14, 2010;

(t) Vietnam, China, Cambodia, Malaysia, Papua New Guinea, New Zealand, Australia, October 29-November 8, 2010;

(u) Kazakhstan, Kyrgyz Republic, Uzbekistan, Bahrain, November 30-December 4, 2010;

(v) United Arab Emirates, Yemen, Oman, Qatar, January 8-13, 2011;

(w) Germany, February 4 – 6, 2011;

(x) France, Egypt, Tunisia, March 14-19, 2011;

(y) Germany, South Korea, Japan, April 13-17, 2011;

(z) Italy, May 4 -6, 2011;

(aa) England, France, Pakistan, May 24-26, 2011;

(bb) United Arab Emirates, Zambia, Tanzania, Ethiopia, June 9-14, 2011;

(cc) Hungary, Lithuania, Spain, June 29 – July 2, 2011;

(dd) Turkey, Greece, India, Indonesia, Hong Kong, July 15 – 25, 2011;

(ee) Malta, Libya, Afghanistan, Pakistan, Tajikistan, Uzbekistan, October 17-23, 2011;

(ff) Philippines, Thailand, Indonesia, November 15-19, 2011;

(gg) South Korea, Burma, Germany, Lithuania, Switzerland, Belgium, Netherlands, November 30- December 8, 2011;

(hh) Germany, Bulgaria, February 3 – 5, 2012;

(ii) England, Tunisia, Algeria, Morocco, February 23 – 26, 2012;

(jj) Saudi Arabia, Turkey, March 30-April 1, 2012;

(kk) Colombia, Brazil, Belgium, France, April 13 -19, 2012;

(ll) China, Bangladesh, India, May 3-8, 2012;

(mm) Denmark, Norway, Sweden, Armenia, Georgia, Azerbaijan, Turkey, May 31 – June 7, 2012;

(nn) Mexico, Brazil, June 18 – 22, 2012;

(oo) Finland, Latvia, Russia, Switzerland, June 26 – 30, 2012;

(pp) France, Afghanistan, Japan, Mongolia, Vietnam, Laos, Cambodia, Egypt, Israel, July 6 – 17, 2012;

(qq) Senegal, South Sudan, Uganda, Kenya, Malawi, South Africa, Nigeria, Ghana, Benin, July 31 – August 12, 2012;

(rr) Cook Islands, Indonesia, China, Timor-Leste, Brunei, Russia, August 30 – September 9, 2012;

(ss) Algeria, Bosnia, Herzegovina, Serbia, Kosovo, Albania, Croatia, October 30 – November 2, 2012;

(tt) Australia, Singapore, Thailand, Burma, Cambodia, Israel, Palestine, Egypt, November 11 - 21, 2012;

(uu) Czech Republic, Belgium, Ireland, Northern Ireland, December 3 – 7, 2012.

6. On July 15, 2014, Citizens United requested expedited processing of its FOIA request.

7. By a letter dated July 17, 2014, Defendant acknowledged receipt of Citizens United's July 15, 2014 FOIA request, denied the request for its expedited processing, and assigned it Case Control Number F-2014-12338. *See* Exhibit B (FOIA Acknowledgement Letter).

8. Citizens United submitted an appeal, via certified mail, of Defendant's denial of expedited processing on July 31, 2014. *See* Exhibit C (FOIA Processing Appeal).

9. As of the date of this Complaint, Defendant has failed to respond to Citizens United's appeal of the denial of expedited processing.

10. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant's response to Plaintiff's July 15, 2014 FOIA request was due within twenty working days of July 15, 2014, or by August 12, 2014.

11. As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's July 15, 2014 FOIA request or assert any claims that responsive records are exempt from production.

12. More than four months have passed since Defendant received Citizens United's FOIA request. In that time Defendant has not indicated whether or when any responsive records will be produced. Beyond acknowledging receipt of Citizens United's July 15, 2014 FOIA request Defendant has failed to respond to Citizens United in any fashion.

13. Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i). Citizens United has fully exhausted any and all administrative remedies with respect to its July 15, 2014 FOIA request. 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

14. Plaintiff realleges paragraphs 1 through 13 as though fully set forth herein.

15. Defendant has failed to make a determination regarding Citizens United's FOIA request within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

16. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## PRAYER FOR RELIEF

17. WHEREFORE, Plaintiff Citizens United requests that the Court grant all appropriate relief for the violation alleged above, including:

   a. An order and judgment requiring the Defendant to conduct a search for any and all responsive records to Citizens United's July 15, 2014 FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Citizens United's request;

   b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Citizens United's July 15, 2014 FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption;

   c. An order and judgment permanently enjoining Defendants from continuing to withhold any and all non-exempt records responsive to Citizens United's July 15, 2014 FOIA request;

   d. Attorneys' fees and costs pursuant to any applicable statute or authority, including 5. U.S.C. § 552(a)(4)(E); and

   e. Any other relief that this Court in its discretion deems just and proper.

Dated: December 10, 2014                    Respectfully submitted,

CITIZENS UNITED

/s/ *Ralph Christian Berg*
Ralph Christian Berg
D.C. Bar No. 496321
chris@chrisberglaw.com
1006 Pennsylvania Avenue, S.E.
Washington, DC 20003
(202) 547-5420

*Attorney for Plaintiff*