UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS UNITED,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF STATE,**<br><br>    **Defendant.** | No. 1:14-cv-2076-GK |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Citizens United, stipulates to a dismissal of this action without prejudice.

Dated: October 14, 2015

Respectfully submitted,

| | |
|---|---|
| CITIZENS UNITED | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| /s/ *R. Christian Berg*<br>RALPH CHRISTIAN BERG<br>D.C. Bar No. 496321<br>1006 Pennsylvania Avenue, S.E.<br>Washington, DC 20003<br>(202) 547-5420<br>chris@chrisberglaw.com | VINCENT COHEN, JR.<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>/s/ *James D. Todd, Jr.*<br>JAMES D. TODD, Jr.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>Washington, D.C. 20530<br>(202) 514-3378<br>james.todd@usdoj.gov |
| Attorney for Plaintiff | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of October, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                        /s/ *R. Christian Berg*
                                                        RALPH CHRISTIAN BERG